United States District Court
Southern District of Texas
**ENTERED**
September 21, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARCO PONCE, *et al.*, | § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 7:23-CV-00247 |
| PENNYMAC LOAN SERVICES, LLC, | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Now before the Court is the Stipulation of Dismissal with Prejudice filed by Plaintiffs Marco Ponce and Liz Karely Ponce and Defendant PennyMac Loan Services, LLC. (Dkt. No. 10). The Court, after considering the Stipulation, believes it to be in accordance with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiffs' claims against Defendant are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that Court costs will be paid by the party incurring same.

The Clerk of Court is hereby **DIRECTED** to close this case.

SO ORDERED September 21, 2023, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge